IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>$292,195.44 FORMERLY CONTAINED IN )<br>ACCOUNT NUMBER 7400525817 AT )<br>FIFTH THIRD BANK, )<br>)<br>Defendants. ) | Action No. 07-1389<br>[Under Seal] |

## ORDER

AND NOW, this ___ day of _____, 2007, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that this civil forfeiture action is stayed until further Order of Court, including, without limitation: (1) the service of the complaint and warrant of arrest; (2) the duty of Meir Sacks and Robert O. Lampl to file claims and answers in the event that they wish to contest this action; and (3) the duty of the United States to serve any other potential claimants. The United States shall notify the Court upon the conclusion of the related criminal investigation.

It is further ORDERED that the Clerk shall mark this case administratively closed. The United States shall notify the Court upon the conclusion of the related criminal investigation.

_____
United States District Judge