IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2010 FEB 24 PM 3: 17
CLERK
U S DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1389 |
| ) | [UNDER SEAL] |
| $292,195.44 FORMERLY CONTAINED ) | |
| IN ACCOUNT NUMBER 7400525817 AT ) | |
| FIFTH THIRD BANK, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO UNSEAL

AND NOW comes the United States of America by and through its counsel, ~~Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and~~ Mary McKeen Houghton, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully requests that all the pleadings, orders, documents, docket entries and references in this civil forfeiture case be unsealed.

Respectfully submitted,

ROBERT S. CESSAR
Acting United States Attorney

*[signature]* AUSA

MARY MCKEEN HOUGHTON
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7370
PA ID # 31929

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1389 |
| ) | [UNDER SEAL] |
| $292,195.44 FORMERLY CONTAINED ) | |
| IN ACCOUNT NUMBER 7400525817 AT ) | |
| FIFTH THIRD BANK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 25th day of Feb, 2010, it is hereby,

ORDERED, ADJUDGED and DECREED that any and all documents, pleadings, dockets sheets, and references on file with the Clerk's Office be unsealed.

_____
United States District Judge