IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | Action No. 07-1389 |
| $292,195.44 FORMERLY CONTAINED IN ACCOUNT NUMBER 7400525817 AT FIFTH THIRD BANK, | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this 1ST day of June, 2011, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that Robert O. Lampl shall have until August 31, 2011 within which to file an answer to the complaint. The case shall be stayed and marked administratively closed until August 31, 2011.

_____
United States District Judge