IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 07-1389 |
| | ) |
| $292,195.44 FORMERLY CONTAINED IN | ) |
| ACCOUNT NUMBER 7400525817 AT | ) |
| FIFTH THIRD BANK and | ) |
| | ) |
| $207,804.56 IN UNITED STATES | ) |
| CURRENCY, | ) |
| | ) |
| Defendants. | ) |

### ORDER

AND NOW, this 16th day of Sept, 2011, it is hereby,

ORDERED, ADJUDGED and DECREED that the Complaint for Forfeiture, the Warrant for Arrest and Caption are amended to include $207,804.56 in United States currency, which became part of the res in Civil Action No. 07-1389 by Judgment and Order in the criminal case at Criminal No. 09-344, dated February 22, 2010.

_____
Chief United States District Judge