IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-1389 |
| ) | |
| $292,195.44 FORMERLY CONTAINED IN ) | |
| ACCOUNT NUMBER 7400525817 AT ) | |
| FIFTH THIRD BANK and ) | |
| ) | |
| $207,804.56 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 26 day of Sept, 2011, it is hereby ORDERED, ADJUDGED, and DECREED that the following defendant property that is the subject of the forfeiture action at Civil Action No. 07-1389 be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity: $292,195.44 formerly contained in Account Number 7400525817 at Fifth Third Bank and $207,804.56 in United States currency.

The Clerk shall mark this case closed.

United States District Court